UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAE BASTOCK, | ) | CASE NO.: 1:21-CV-01434 |
| | ) | |
| Plaintiff, | ) | JUDGE:  DAVID A. RUIZ |
| | ) | |
| vs. | ) | |
| | ) | **MOTION FOR SUMMARY** |
| BOARD OF EDUCATION OF THE | ) | **JUDGMENT OF DEFENDANTS** |
| LORAIN CITY SCHOOL DISTRICT, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Now come Defendants, Board of Education of the Lorain City School District, Gregory D. Ring, and Mark Ballard, by and through counsel, Mazanec, Raskin & Ryder Co., L.P.A., and pursuant to Federal Rule of Civil Procedure 56, respectfully move this Honorable Court for an order granting them summary judgment and dismissing with prejudice all of Plaintiff's claims against them.  This Motion is supported by the attached Brief in Support, exhibits and affidavits all of which are attached hereto and fully incorporated herein.

Respectfully submitted,

MAZANEC, RASKIN & RYDER CO., L.P.A.

*s/John D. Pinzone*
JAMES A. CLIMER (0001532)
JOHN D. PINZONE (0075279)
AMY K. HERMAN (0092204)
100 Franklin's Row
34305 Solon Road
Cleveland, OH  44139
(440) 248-7906 / (440) 248-8861 – Fax
Email:   jclimer@mrrlaw.com
           jpinzone@mrrlaw.com
           aherman@mrrlaw.com
*Counsel for Defendants Board of Education of the Lorain City School District, Gregory D. Ring, and Mark Ballard*