UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAE BASTOCK, | ) | CASE NO.: 1:21-CV-01434 |
| Plaintiff, | ) ) | JUDGE: DAVID A. RUIZ |
| vs. | ) ) | **STIPULATION FOR DISMISSAL AND JOURNAL ENTRY** |
| BOARD OF EDUCATION OF THE LORAIN CITY SCHOOL DISTRICT, et al., | ) ) ) ) | |
| Defendants | | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against Defendants Board of Education of the Lorain City School District, Gregory D. Ring, and Mark Ballard. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

*David A. Ruiz*  **Jul 20, 2022**
JUDGE DAVID A. RUIZ

*s/Sean Sobel*
SEAN SOBEL (0086905)
Sobel, Wade & Mapley, LLC
55 Erieview Plaza, Suite 370
Cleveland, OH 44114
(216) 223-7213
(216) 223-7213 – Fax
Email: sobel@swmlawfirm.com

Counsel for Plaintiff

*s/John D. Pinzone*
JOHN D. PINZONE (0075279)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email: jpinzone@mrrlaw.com

Counsel for Defendants Board of Education of the Lorain City School District, Gregory D. Ring, and Mark Ballard